UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| JAMES E. WHITNEY<br>ADC #163817 | PLAINTIFF |
| v.   Case No. 5:16-cv-00353 KGB/JTK | |
| WENDY KELLEY, *et al.* | DEFENDANTS |

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). Plaintiff James E. Whitney filed timely objections to the Proposed Findings and Recommendations (Dkt. No. 7). After a review of the Proposed Findings and Recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations with one modification (Dkt. No. 4). Separate defendant Wendy Kelley is dismissed from this action without prejudice.[1]

It is so ordered this 27th day of June, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge

---

[1] The Proposed Findings and Recommendations provide that Director Kelley be dismissed with prejudice but acknowledge that the complaint includes no mention of or allegations against Director Kelley (Dkt. No. 4, at 4).