UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. WHITNEY                                                              PLAINTIFF
ADC #163817

v.                         Case No. 5:16-cv-00353 KGB/JTK

WENDY KELLEY, *et al.*                                                        DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 28). Plaintiff James E. Whitney filed timely objections to the Proposed Findings and Recommendations (Dkt. No. 33). After a review of the Proposed Findings and Recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 28). The Court denies defendants' motion to dismiss without prejudice (Dkt. No. 14).

It is so ordered this 27th day of June, 2017.

Kristine G. Baker
United States District Judge