UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. WHITNEY　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #163817

v.　　　　　　　　　　Case No. 5:16-cv-00353 KGB/JTK

WENDY KELLEY, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 36). Plaintiff James E. Whitney filed objections to the Proposed Findings and Recommendations, but his objections were untimely filed (Dkt. No. 43). However, even if the Court treated Mr. Whitney's objections as timely filed, after a review of the Proposed Findings and Recommendations and Mr. Whitney's objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 36). Therefore, Mr. Whitney's motion for "Ex Parte Injunction," which the Court construes as a motion for preliminary injunction, is denied (Dkt. No. 2).

It is so ordered this 27th day of June, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge