UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. WHITNEY                                                                                   PLAINTIFF
ADC #163817

v.                                    Case No. 5:16-cv-00353 KGB/JTK

WENDY KELLEY, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 83). Plaintiff James E. Whitney filed objections to the Proposed Findings and Recommendations (Dkt. No. 88). After a review of the Proposed Findings and Recommendations and Mr. Whitney's objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 83).

It is therefore ordered that separate defendant W. Ryas' motion for summary judgment is granted (Dkt. No. 74). Mr. Whitney's claims against Sergeant Ryas are dismissed without prejudice.

It is so ordered this 30th day of June, 2017.

Kristine G. Baker
United States District Judge