UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. WHITNEY                                                                                 PLAINTIFF
ADC #163817

v.                              Case No. 5:16-cv-00353 KGB/JTK

WENDY KELLEY, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 116). Plaintiff James E. Whitney filed objections to the Proposed Findings and Recommendations (Dkt. No. 120). After a review of the Proposed Findings and Recommendations and Mr. Whitney's objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 116). It is therefore ordered that Mr. Whitney's petition for *ex parte* injunctive relief, which the Court construes as a motion for preliminary injunction, is denied (Dkt. No. 97).

It is so ordered this 31st day of August, 2017.

                                                                      Kristine G. Baker
                                                                      United States District Judge