UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. WHITNEY
ADC #163817                                                                                           PLAINTIFF

v.                              Case No. 5:16-cv-00353 KGB-JTK

WENDY KELLEY, *et al.*                                                                                DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 156). Plaintiff James E. Whitney filed objections to the Proposed Findings and Recommendations (Dkt. No. 157). After a review of the Proposed Findings and Recommendations and Mr. Whitney's objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 156). The Court grants defendants' Laquista Swopes, Lisa Childress, and Faron Clemmons' motion for summary judgment (Dkt. No. 131). Mr. Whitney's claims against Ms. Swopes, Ms. Childress, and Mr. Clemmons are hereby dismissed with prejudice. The relief requested against these defendants is denied.

It is so ordered this 30th day of January, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge