UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. WHITNEY                                                                              PLAINTIFF
ADC #163817

v.                                   Case No. 5:16-cv-00353 KGB-JTK

WENDY KELLEY, *et al.*                                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day and with this Court's prior Orders (Dkt. Nos. 99, 102, 106, 146), it is considered, ordered, and adjudged that this case is dismissed. Plaintiff James E. Whitney's retaliatory disciplinary claims against defendants Laquista Swopes, Lisa Childress, and Faron Clemmons are dismissed with prejudice, as this Court grants Ms. Swopes, Ms. Childress, and Mr. Clemmons' motion for summary judgment (Dkt. No. 131). Mr. Whitney's claim based on alleged interference with his grievances is dismissed with prejudice (Dkt. No. 102). Mr. Whitney's retaliation and excessive force claims against Ms. Swopes, Ms. Childress, and Mr. Clemmons are dismissed without prejudice for failure to exhaust administrative remedies (*Id.*). Insofar as Mr. Whitney names defendant Wendy Kelley as defendant but makes no allegations specific to Ms. Kelley, Mr. Whitney's claims against Ms. Kelley are dismissed without prejudice (Dkt. No. 99). Mr. Whitney's claims against defendant W. Ryas are dismissed without prejudice for failure to exhaust (Dkt. No. 106). Mr. Whitney's claims against defendant Perkins are dismissed without prejudice for failure to exhaust (Dkt. No. 146).

So adjudged this 30h day of January, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge